■ In the Matter of WILLIAM McPHEE, Petitioner, v PHILIP COOMBE, JR., as Acting Commissioner of New York State Department of Correctional Services, Respondent. [667 NYS2d 140] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: The determination of re-

spondent that petitioner violated inmate rule 113.12 (7 NYCRR 270.2 [B] [14] [iii]), which prohibits the use of a controlled substance, is supported by substantial evidence (*see, Matter of Lahey v Kelly,* 71 NY2d 135, 138; *Matter of Perez v Coombe,* 226 AD2d 1131). We have reviewed petitioner's remaining contention and conclude that it is without merit (*see, Matter of McPhee v Coombe,* 233 AD2d 963, *lv dismissed* 89 NY2d 1026). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Green, J. P., Lawton, Doerr, Balio and Boehm, JJ.